GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com
Attorney: Matthew M. Proudfoot, SBN: 155988

Attorney for Defendant, FCA US LLC

BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles CA 90064
Telephone: (310) 684-5859
Facsimile: (310) 862-4539
Attorney: David Barry, Esq., SBN: 219230

Attorneys for Plaintiff, AMBER BUTI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER BUTI, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FCA US LLC; a Delaware Limited Liability Company; and DOES 1 through 20, inclusive<br><br>　　　　　　Defendants. | Case No: 3:23-cv-00678-EMC<br>Dist. Judge: Edward M. Chen<br>Courtroom: 4<br><br>[PROPOSED] ORDER |

　　　The Joint Stipulation for Dismissal is approved. The entire action, including all claims stated herein against all parties, are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Date: December 5, 2023

_____
Honorable Edward M. Chen
Judge of the United States District Court

---

1

_____
[PROPOSED] ORDER